# UNITED STATES DISTRICT COURT

__Eastern__          District of          __California__

MARSHA E. MORRIS,

Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER: 1:10at0551

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this   __30th__   day of   __July__   ,   __2010__   .

      /s/ Dennis L. Beck
      Signature of Judicial Officer

      Dennis L. Beck, U.S. Magistrate Judge
      Name and Title of Judicial Officer