1  FRAILING, ROCKWELL, KELLY & DUARTE
   By: Sharon E. Kelly
2  State Bar No. 187936
   P.O. Box 0142
3  Modesto, CA  95353-0142
   Telephone: (209) 521-2552
4  FAX: (209) 526-7898

5  Attorneys for Plaintiff

6

7

8

9            IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 MARSHA E. MORRIS,                    NO. 1:10-CV-01365-SMS

13          Plaintiff,

14 vs.                                  STIPULATION AND ORDER
                                        TO EXTEND TIME
15 Commissioner of Social
   Security,
16
            Defendant.
17

18

19     IT IS HEREBY STIPULATED by and between the parties, subject
20 to the approval of the Court, that plaintiff's time to serve
21 plaintiff's confidential letter on defendant be extended to April
22 2, 2011, an extension of 30 days.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

     This is plaintiff's first request for an extension of time. Plaintiff's attorney needs additional time to further review the file and prepare the confidential letter.

                                    Respectfully submitted,


Dated: March 2, 2011              By /s/ Sharon E. Kelly
                                  Sharon E. Kelly
                                  Attorney for Plaintiff



Dated: March 2, 2011              Benjamin B. Wagner
                                  United States Attorney


                                  By /s/ Cynthia B. De Nardi
                                  (As authorized via telephone)
                                  Cynthia B. De Nardi
                                  Special Assistant U.S. Attorney



IT IS SO ORDERED.

Dated:  March 3, 2011              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE