FRAILING, ROCKWELL, KELLY & DUARTE
By: Sharon E. Kelly
State Bar No. 187936
P.O. Box 0142
Modesto, CA  95353-0142
Telephone: (209) 521-2552
FAX: (209) 526-7898

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA E. MORRIS, | NO. 1:10-CV-01365-SMS |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that plaintiff's time to file plaintiff's opening brief be extended to July 8, 2011, an extension of 30 days.

///
///
///
///
///
///

Plaintiff's attorney needs additional time to further review the file and prepare the opening brief.

Respectfully submitted,

Dated: June 3, 2011          By */s/ Sharon E. Kelly*
                                Sharon E. Kelly
                                Attorney for Plaintiff


Dated: June 3, 2011          Benjamin B. Wagner
                                United States Attorney

                             By */s/ Cynthia B. De Nardi*
                                (As authorized via telephone)
                                Cynthia B. De Nardi
                                Special Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:   June 3, 2011                  /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE